**UNITED STATES DISTRICT COURT FOR**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JAMES FOSTER, | |
| Plaintiff, | Case No. 1:24-cv-11329 |
| v. | Hon. Jeffrey I. Cummings |
| AUDACY ILLINOIS, LLC, and AUDACY, INC., | |
| Defendants. | |

## <u>DEFENDANTS' MOTION TO DISMISS</u>

Defendants Audacy Illinois, LLC and Audacy, Inc. ("Defendants"), by and through their attorneys and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby move to dismiss Plaintiff's Complaint, with prejudice, and in support thereof state as follows:

1. Plaintiff's Complaint should be dismissed, with prejudice, because Plaintiff fails to plead falsity for his defamation *per se* claim and some of the statements at issue are also protected opinion; fails to plead falsity for his false light claim and the statement at issue is also subject to an innocent construction; and fails to plead the required element of actual malice for either claim.

2. In support of their Motion, Defendants refer the Court to their Memorandum of Law filed contemporaneously herewith.

3. Counsel for Defendants has conferred with counsel for Plaintiff regarding a briefing schedule for Plaintiff's response to this Motion and Defendants' reply in support thereof. Defendants will file an unopposed motion for an extension of the default briefing deadlines.

WHEREFORE, Defendants respectfully request that this Court grant their Motion to Dismiss, dismiss the Complaint with prejudice, and award Defendants any further award that this Court deems just and fair.

4936-9825-6646v.1 0097819-000012

Dated: December 13, 2024

Respectfully submitted,

/s/ *Abigail B. Everdell*

Abigail B. Everdell (*pro hac vice*)
Elizabeth A. McNamara (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
lizmcnamara@dwt.com
abigaileverdell@dwt.com

Samantha Lachman (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
samlachman@dwt.com

Douglas W. Bax
Jay Zenker
WILLIAMS, BAX & SALTZMAN, P.C.
221 N. LaSalle Street, Suite 3700
Chicago, Illinois 60601
bax@wbs-law.com
zenker@wbs-law.com

*Attorneys for Defendants Audacy Illinois, LLC and Audacy, Inc.*

## Certificate of Service

I, Abigail B. Everdell, an attorney, hereby certify that I caused a copy of the foregoing **Defendants' Motion to Dismiss** to be electronically filed with the Clerk of the Court pursuant to Electronic Filing Procedures and using the CM/ECF system.

/s/ *Abigail B. Everdell*

4936-9825-6646v.1 0097819-000012