## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

James Foster

                Plaintiff,

v.

                                    Case No.: 1:24–cv–11329

                                    Honorable Jeffrey I Cummings

Audacy Illinois, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 30, 2026:

      MINUTE entry before the Honorable Jeffrey I Cummings: For the reasons set forth in the accompanying Order, defendants' motion to dismiss, [13], is granted. Plaintiff is granted leave to amend his complaint on or before 4/20/26 to the extent plaintiff can do so in accordance with the Order, Illinois law, including the recent decision in his related matter against the Tribune, and Rule 11. In the event that plaintiff files an amended complaint, defendants are granted until 5/11/26 to answer or otherwise plead. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.